| Cause #: | 2013-64138 | | Court # | 190TH | Judgment Date: | 10/31/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 63002146 |
| File Date: | 2/3/2015 | | Attorney Bar No: | | 1 (Pro Se) | |
| Due Date: | 12/30/2014 | | Assigned to FIRST Court of Appeals | | | |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | | | | | N/A |
| Request for Transcript Filed? | | NONE | | | BC | |
| Notice of Appeal previously filed? Y | | | | | C | |
| Number of Days: | 60 | | | | OA | |
| File Ordered: IMAGED | | | | | | |
| Notes: Previous Appellate No. 01-14-00479-CV | | | | | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 11:50:02 AM
CHRISTOPHER A. PRINE
Clerk

BC    Notice of Appeal filed
BG    Notice of Appeal filed – Government
C     Appealing Final Judgment
D -   Accelerated Appeal
OA     No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

CONFIRMED FILE DATE: 2/3/2015

P-4

Case No. 2013-64138

| Marvinell Harlan | § | |
| | | |
| Plaintiff | § | In the District Court of |
| | | Harris County, Texas |
| | § | |
| | § | |
| vs | | |
| | § | 190th Judicial District |
| | § | |
| North Forest ISD SELF-INSURED CARRIER | | |
| Division of Worker's Compensation (DWC) | | |
| Dr. Ikedinobi Eni | | |
| Hearing Officer Jacque Coleman | | |
| Defendants | | |

## SINCE HARLAN HAS FILED AN APPEAL TO ALL OF JUDGE KERRIGAN JUDGEMENTS

**FILED**
Chris Daniel
District Clerk

FEB 0 3 2015

Time:_____
Harris County, Texas
By_____ @ 3:55p
Deputy

1st
COA

1

Marvinell Harlan, PRO SE
5722 Tiffany
Houston, Texas   77085
(713)721-1317

To the Honorable Judge Kerrigan:

Harlan has filed an appeal for all of Kerrigan's judgments. Should this matter wait for the 1st Court of Appeals to rule? Also, Harlan has other matters scheduled on February 9, 2015 and unable to come to this court scheduling. Harlan will call this Court to communicate this same response to the 1/28/2015 order which is attached as Exhibit #1 and received on February 2, 2015.

Respectfully submitted,

Mavinell Harlan
5722 Tiffany
Houston, Texas 77085
(713)721-1317

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2015 served a copy of the SINCE HARLAN HAS FILED AN APPEAL TO ALL OF JUDGE KERRIGAN JUDGEMENTS.

Robin Sanders-Assistant Attorney General

Administrative Law Division-MC018

P.O. Box 12548

Austin, Texas 78711-2548

Attorney Vaughan E. Waters

Thornton, Biechlin, Segrato

Fifth Floor-One International Centre

100 N.E. Loop 410

San Antonio Texas 78216-4741

Respectfully,

Marvinell Harlan, Plaintiff

5722 Tiffany

Houston, Texas 77085

(713)721-1317

# Patricia J. Kerrigan

JUDGE, 190TH DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002

01/28/2015

## ORDER RELATED TO TRIAL

1. DOCKET CALL will be held on 2/9/15 at 9:00 am in the 190th Court.

2. If your case is assigned to trial, a pre-trial conference will be set. At least 48 hours prior to the pre-trial conference, the parties must file with the Court and: a. Mark and exchange all exhibits (Do not file exhibits. Provide Court exhibit list.); b. Exchange motions in limine; c. Designate and exchange written deposition excerpts then exchange objections to excerpts; d. Exchange proposed jury charges or findings of fact and conclusions of law; and e. Counsel must attempt to reach agreements on a, b, and c above before the pre-trial conference.

3. The failure to comply with the above may result in evidence being stricken or other appropriate sanctions.

4. At the pre-trial conference: a. The case will be called to trial; b. The Court will rule on the motions in limine; c. The Court will rule on and pre-admit exhibits where possible; and d. The Court will rule on objections to deposition excerpts. Any Rule 166a motions to be heard at the pre-trial conference must be served on the Court and opposing counsel at docket call.

If the pre-trial will require more than 2 hours of time, you must advise the court at docket call.

No more than 60 minutes of videotape deposition may be offered on any one witness without prior court approval. This limit is the total time allowed for the combined offer of all parties. When

*Exhibit #1*

Marvinell Harlan
5722 Tiffany Dr
Houston TX 77085-3337

2

JCVG01
Rev.12042014

```
JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      FEB 05, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____ - INT
                       GENERAL PARTY INQUIRY             PAGE:   1 -   1

CASE NUM: 201364138__ PJN> __  TRANS NUM: _____  CURRENT COURT: 190 PUB? _
CASE TYPE: OTHER CIVIL                     CASE STATUS: READY DOCKET
STYLE: HARLAN, MARVINELL              VS TEXAS WORKERS COMPENSATION (DWC)
================================================================================
                     **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                        STAT
_     00009-0001 AGT         NORTH FOREST I S D BY SERVING
_     00008-0001 AGT         TEXAS DEPARTMENT OF INSURANCE
_     00007-0001 AGT         TDI DIVISION OF WORKERS COMPEN
_     00006-0001 DEF 18438550 NORTH FOREST I S D             SINGLEY, TIMO
_     00001-0001 PLT         HARLAN, MARVINELL               PRO-SE




==> (5) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP


JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      FEB 05, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____ - INT
                       GENERAL PARTY INQUIRY             PAGE:   1 -   1

CASE NUM: 201364138__ PJN> __  TRANS NUM: _____  CURRENT COURT: 190 PUB? _
CASE TYPE: OTHER CIVIL                     CASE STATUS: READY DOCKET
STYLE: HARLAN, MARVINELL              VS TEXAS WORKERS COMPENSATION (DWC)
================================================================================
                     **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                        STAT
_     00005-0001 DEF 09310900 TEXAS DEPARTMENT OF INSURANCE  S  SANDERS, ROBI
_     00004-0001 DEF         TDI DIVISION OF WORKERS COMPEN  S
_     00003-0001 DEF         ENI, IKEDINOBI (DR)            S
_     00002-0001 DEF         TEXAS WORKERS COMPENSATION (DW  S




==> (4) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP
```